## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re:  ARNOLD D BOWMAN | § § § | Case No.: 08-27353 |
| SHIRLEY JEAN BOWMAN | § § § | |
| Debtor(s) | § | |

_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)    The case was filed on 10/13/2008.

2)    This case was confirmed on 12/22/2008.

3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)    The trustee filed action to remedy default by the debtor in performance under the plan on 12/03/2009.

5)    The case was dismissed on 01/25/2010.

6)    Number of months from filing to the last payment:  12

7)    Number of months case was pending:  18

8)    Total value of assets abandoned by court order:  NA

9)    Total value of assets exempted: $    52,675.00

10)   Amount of unsecured claims discharged without payment $        .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 6,624.85 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 6,624.85 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee  Expenses and Compensation | $ 460.10 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,960.10 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LSF6 MERCURY REO INV | SECURED | 159,500.00 | 186,264.47 | .00 | .00 | .00 |
| LSF6 MERCURY REO INV | UNSECURED | 45,538.00 | NA | NA | .00 | .00 |
| GMAC | SECURED | 13,650.00 | 26,232.27 | 26,232.27 | 1,270.84 | 1,032.45 |
| GMAC | UNSECURED | 12,494.00 | NA | NA | .00 | .00 |
| GMAC | SECURED | 11,300.00 | 20,323.47 | .00 | .00 | .00 |
| GMAC | UNSECURED | 8,836.00 | NA | NA | .00 | .00 |
| UMTH LENDING | SECURED | 70,000.00 | .00 | .00 | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 277.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 890.00 | 491.49 | 491.49 | .00 | .00 |
| APPLIED BANK | UNSECURED | 1,666.00 | 1,802.54 | 1,802.54 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 150.00 | 305.00 | 305.00 | .00 | .00 |
| BLATT HASENMILLER LE | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 4,089.00 | 4,163.43 | 4,163.43 | 25.53 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 526.00 | 562.27 | 562.27 | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 11,424.00 | 13,388.40 | 13,388.40 | 82.10 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 1,499.00 | NA | NA | .00 | .00 |
| CASHCALL INC | UNSECURED | 978.00 | 995.70 | 995.70 | .00 | .00 |
| SOUTH SUBURBAN HOSPI | UNSECURED | 533.00 | NA | NA | .00 | .00 |
| CREDIT FIRST | UNSECURED | 709.00 | 692.86 | 692.86 | .00 | .00 |
| COMCAST | UNSECURED | 378.00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | 2,793.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 297.00 | 297.60 | 297.60 | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DISH NETWORK | UNSECURED | NA | NA | NA | .00 | .00 |
| SUBURBAN EMERGENCY P | UNSECURED | 154.00 | NA | NA | .00 | .00 |
| DEPT STORES NATL BK/ | UNSECURED | 386.00 | 422.09 | 422.09 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 850.00 | 850.41 | 850.41 | .00 | .00 |
| FIRST CHOICE LOANS | UNSECURED | 250.00 | 351.86 | 351.86 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 791.00 | 848.62 | 848.62 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 296.00 | 296.58 | 296.58 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 118.00 | 118.39 | 118.39 | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 832.00 | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE CO | UNSECURED | 11,195.00 | 27,425.12 | 27,425.12 | 168.17 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 10,462.72 | 10,462.72 | 64.16 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 484.00 | 497.05 | 497.05 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 398.00 | 398.60 | 398.60 | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| ISSAN HEALTH CARE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,155.00 | 1,155.78 | 1,155.78 | .00 | .00 |
| MERRICK BANK | UNSECURED | 2,309.00 | 2,309.96 | 2,309.96 | .00 | .00 |
| SOUTH SUBURBAN HOSPI | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| MILLENIUM DENTAL | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROU | UNSECURED | 255.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 1,021.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 797.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 786.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 240.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MED FAC | UNSECURED | 563.00 | NA | NA | .00 | .00 |
| SOUTHWEST LAB PHYSIC | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 186.00 | 215.64 | 215.64 | .00 | .00 |
| DEVON FINANCIAL SERV | UNSECURED | 750.00 | 656.14 | 656.14 | .00 | .00 |
| THE RECOVERY SERVICE | UNSECURED | NA | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGY | UNSECURED | 81.00 | NA | NA | .00 | .00 |
| CARSONS | UNSECURED | 935.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 340.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,002.00 | 2,002.75 | 2,002.75 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NA | 346.50 | 346.50 | .00 | .00 |
| LSF6 MERCURY REO INV | SECURED | NA | 19,756.40 | .00 | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | NA | NA | NA | .00 | .00 |
| ILLINOIS STATE HIGHW | UNSECURED | NA | NA | NA | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 21.50 | 21.50 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,821.00 | 1,821.69 | 1,821.69 | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 26,232.27 | 1,270.84 | 1,032.45 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 26,232.27 | 1,270.84 | 1,032.45 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 21.50 | 21.50 | .00 |
| **TOTAL PRIORITY:** | 21.50 | 21.50 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 72,879.19 | 339.96 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 3,960.10 |
| Disbursements to Creditors | $ | 2,664.75 |
| **TOTAL DISBURSEMENTS:** | $ | 6,624.85 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    04/08/2010              /s/ Tom  Vaughn
                                 Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**